IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
            v.                   ) Criminal No. 06-007
                                )
JOSEPH ARENA, JR.,              )
        Defendant.              )

ORDER

AND NOW, this 23rd day of October, 2006, the Court

having been advised that the above defendant wishes to

change his plea of not guilty, entered January 27, 2006,

IT IS HEREBY ORDERED that a hearing on defendant's

change of plea is set for Friday, October 27, 2006 at

1 p.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.


                         BY THE COURT:


                         s/Gary L. Lancaster        , J.
                         The Honorable Gary L. Lancaster,
                         United States District Judge

cc:   Carolyn J. Bloch,
      Assistant United States Attorney

      Jay T. McCamic, Esquie
      McCamic, Sacco, Pizzuti & McCoid, PLLC
      56-58 Fourteenth Street
      Box 151
      Wheeling, WV 26003

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation