UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                              Criminal No. 06-00007

JOSEPH ARENA, JR.

## ORDER

AND NOW, this __16__ day of September, 2007, upon consideration of Defendant Arena's Second Motion for Travel, IT IS HEREBY ORDERED that the motion is GRANTED.

The defendant has permission of the Court to travel to the State of Ohio on the dates of September 15th through September 18, 2007.

BY THE COURT:

_____
United States District Judge